## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| | : | |
| **COREY DAHLBECK, ET AL.,** | : | **CIVIL ACTION NO:  3:23-CV-01104-KAD** |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **ATHENA HEALTH CARE** | : | |
| **ASSOCIATES, INC. d/b/a ATHENA** | : | |
| **HEALTH CARE SYSTEMS,** | : | |
| **Defendant.** | : | **March 22, 2024** |
| | : | |

### PARTIES' JOINT MOTION FOR
### COURT APPROVAL OF SETTLEMENT AND DISMISSAL WITH PREJUDICE

      Plaintiff Corey Dahlbeck and Defendant Athena Health Care Associates d/b/a Athena Health Care Systems, by and through their undersigned counsel, file this Joint Motion for Court Approval of Settlement and Dismissal with Prejudice of the above-captioned matter.  The Parties request that the Court approve the Parties' settlement agreement and dismiss with prejudice this lawsuit in which Plaintiffs assert wage claims under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. ("FLSA"), the Rhode Island Minimum Wage Act, R.I. Gen. Laws §§ 28-12-1, et seq. ("RIMWA"), the Rhode Island Payment of Wages Act, R.I. Gen. Laws §§ 28-14-1, et seq. ("RIPWA"), the Connecticut Minimum Wage Act, C.G.S.A. § 31-58, et seq. ("CMWA"); and the Connecticut Wage Payment Law, C.G.S.A. § 31-70, et seq. ("CWPL").

      A Memorandum in Support of the Parties' Joint Motion explaining the grounds for the Motion as well as a proposed Order are filed herewith.

Dated: March 22, 2024

Respectfully submitted,

*/s/ Andrew W. Dunlap*
Richard E. Hayber (ct11629)
rhayber@hayberlawfirm.com
750 Main Street, Suite 904
Hartford, CT 06103
P: (860) 522-8888
F: (860) 218-9555

Michael A. Josephson
mjosephson@mybackwages.com
Andrew W. Dunlap
adunlap@mybackwages.com
Josephson Dunlap LLP
11 Greenway Plaza, Suite 3050
Houston, TX 77046
P: (713) 352-1100
F: (713) 352-3300
  Appearing pro hac vice

Richard J. (Rex) Burch*
rburch@brucknerburch.com
Bruckner Burch PLLC
11 Greenway Plaza, Suite 3025
Houston, TX 77046
P: (713) 877-8788

William C. (Clif) Alexander*
clif@a2xlaw.com
Austin W. Anderson*
austin@a2xlaw.com
Anderson Alexander PLLC
101 N. Shoreline Blvd., Suite 610
Corpus Christi, TX 78401
P: (361) 452-1279
F: (361) 452-1284

*Attorney for Plaintiffs*

*/s/ David R. Golder*
David R. Golder (ct27941)
David.Golder@jacksonlewis.com
Jackson Lewis P.C.
90 State House Square, 8th Floor
Hartford, CT 06103
P: (860) 522-0404
F: (860) 247-1330

*Attorney for Defendant*